# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM MCGEE and LEE MCGEE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>CONSTANT CONTACT, INC., GAIL F. GOODMAN, and HARPREET S. GREWAL,<br><br>       Defendants. | Civil Action No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs William McGee and Lee McGee ("Plaintiffs"), by and through their attorneys, allege the following upon information and belief, except as to those allegations concerning Plaintiffs, which are alleged upon personal knowledge. Plaintiffs' information and belief is based upon, among other things, their counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by CONSTANT CONTACT, INC. ("Constant Contact" or the "Company"), with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Constant Contact; and (c) review of other publicly available information concerning Constant Contact.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of purchasers of Constant Contact securities between October 23, 2014 and July 23, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      Constant Contact originated as an email marketing platform for small and midsize organizations. The Company has progressed to provide a suite of online marketing tools that are designed for small organizations, including small businesses, associations and non-profits.  In April 2014, the Company formally launched Constant Contact Toolkit, an integrated online marketing platform that simplifies small business marketing by bringing together the tools needed to drive repeat customers and reach new ones.  The Company also offers a suite of online marketing tools, including Email Marketing, EventSpot, Social Campaigns, SaveLocal, SinglePlatform and Survey, that enables customers to launch and monitor marketing campaigns across multiple channels, including email, social media, events, local deals, online listings and surveys. These products are marketed and sold directly by the Company and through a wide variety of partners primarily in the United States of America.

3.      Unbeknownst to investors the Company was failing to achieve critical adoption and profitability on its much touted expansion into varied online marketing and e-commerce tools, and Constant Contact allegedly misled investors regarding the adoption rates, customer retention, revenues and profitability from its expanded product and service offerings.

4.      On April 30, 2015, after the market closed, the Company announced earnings results for the first quarter of 2015 that were below expectations.  According the Company, Constant Contact failed to deliver an acceleration in customer additions as expected.  As a result, Constant Contact announced revenues of $90.4 million for the quarter, falling short of analysts' expectations of $91.1 million, and lowered revenue guidance for 2015.

5.      On this news, shares of Constant Contact declined $7.34 per share, over 21%, to close on May 1, 2015, at $27.51 per share, on unusually heavy volume.

6.      On July 23, 2015, after the market closed, the Company disclosed earnings results for the second quarter of 2015 with a weak third quarter outlook.  Constant Contact experienced low trial-to-conversion rates in April and May of 2014 and a significant swing in product mix with approximately 80% of new customers choosing the lowest- priced Email package instead of higher-priced offerings. According the Company, this was a conscious positioning choice.

7.      On this news, shares of Constant Contact declined $3.35 per share, over 11%, to close on July 24, 2015, at $26.18 per share, on unusually heavy volume.

8.      Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's gross customer additions were lower than expected; (2) that the Company was experiencing negative trends in customer conversion rates; (3) that the Company was steering new customers towards the lowest-priced packages; (4) that, as a result, the Company's revenues for 2015 would be below expectations; and (5) that, as a result of the foregoing, Defendants' statements about Constant Contact's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

9.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

10.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

11.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

12.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.  Additionally, Constant Contact's principal executive offices are located within this Judicial District.

13.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

14.     Plaintiffs, as set forth in the accompanying certification, incorporated by reference herein, purchased Constant Contact common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

15.     Defendant Constant Contact is a Delaware corporation with its principal executive offices located at 1601 Trapelo Road, Third Floor, Waltham, Massachusetts 02451.

16.     Defendant Gail F. Goodman ("Goodman") was, at all relevant times, CEO and a director of Constant Contact.

17.     Defendant Harpreet S. Grewal ("Grewal") was, at all relevant times, Chief Financial Officer ("CFO") of Constant Contact.

18.     Defendants Goodman and Grewal are collectively referred to hereinafter as the "Individual Defendants."   The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Constant Contact's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.   Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.   Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.   The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS
### Background

19.     Constant Contact provides online marketing tools that are designed for small organizations, including small businesses, associations and non-profits.   In April 2014, the Company formally launched Constant Contact Toolkit, an integrated online marketing platform that simplifies small business marketing by bringing together the tools needed to drive repeat customers and reach new ones.   The Company also offers a suite of online marketing tools, including Email Marketing, EventSpot, Social Campaigns, SaveLocal, SinglePlatform and Survey, that enables customers to launch and monitor marketing campaigns across multiple channels, including email, social media, events, local deals, online listings and surveys. These

products are marketed and sold directly by the Company and through a wide variety of partners primarily in the United States of America.

## Materially False and Misleading
## Statements Issued During the Class Period

20.     The Class Period begins on October 23, 2014.  On this day, Constant Contact issued a press release entitled, "Constant Contact Announces Third Quarter 2014 Financial Results."  Therein, the Company, in relevant part, stated:

Constant Contact®, Inc. (Nasdaq: CTCT), which helps more than 600,000 small organizations create and grow customer relationships through a suite of online marketing tools, today announced its financial results for the third quarter ended September 30, 2014.

"We delivered another strong quarter, punctuated by accelerating revenue growth, expanding profitability and an increase in customer additions," said Gail Goodman, chief executive officer of Constant Contact. "We are on track to deliver on our goal of sustained long term revenue growth greater than 20% and expanding profitability margins greater than 20%."

"Our focus remains on the Constant Contact Toolkit™. We continue to refine, test and iterate Toolkit and we are making progress establishing it as the platform for small business marketing that best meets the needs of our varied customers," continued Goodman. "We believe an all-in-one marketing platform will differentiate us in the small business marketplace, while providing meaningful long-term growth opportunities."

**Third Quarter 2014 Financial Metrics**

- Revenue was $83.5 million, an increase of 15.9% compared to revenue of $72.0 million for the comparable period in 2013.
- Gross margin was 72.2%, compared to 71.6% for the comparable period in 2013.
- Adjusted EBITDA was $18.1 million, a 23.6% increase compared to adjusted EBITDA of $14.7 million for the comparable period in 2013. Adjusted EBITDA margin was 21.7%, compared to 20.4% for the comparable period in 2013.
- GAAP net income was $5.2 million, or $0.16 per diluted share, compared to GAAP net income of $3.3 million, or $0.11 per diluted share, for the comparable period in 2013.

- Non-GAAP net income was $11.8 million, or $0.36 per diluted share, compared to non-GAAP net income of $8.9 million, or $0.28 per diluted share, for the comparable period in 2013.
- Cash flow from operations was $18.4 million, compared to $13.7 million for the comparable period in 2013.
- Capital expenditures were $7.0 million, compared to $4.4 million for the comparable period in 2013.
- Free cash flow was $11.4 million, compared to $9.2 million for the comparable period in 2013.
- The company had $154 million in cash, cash equivalents and marketable securities at September 30, 2014, compared to $140 million at June 30, 2014.

**Third Quarter 2014 Operating Metrics**

- Added 50,000 gross new unique customers in the third quarter, compared to 50,000 in the second quarter of 2014 and 45,000 in the third quarter of 2013. (*)
- Ended the third quarter with 625,000 unique customers, an increase from 615,000 unique customers at the end of the second quarter of 2014 and 585,000 unique customers at the end of the third quarter of 2013. (*)
- Average monthly revenue per unique customer (ARPU) in the third quarter was $44.89, up from $44.40 in the second quarter of 2014 and up from $41.40 in the third quarter of 2013.
- Monthly retention rate of unique paying customers remained in its historical range of 97.8%, plus or minus 0.5%, for each month during the third quarter.

(*) Unique customers are rounded to the nearest 5,000. We define unique customers as customers of all of our products and services, inclusive of both subscription and transaction-based products. Transactional customers are included in the customer count for the period if they transacted within the prior 12-month period. A customer of multiple products and services is counted as one unique customer.

**Other Recent Highlights**

- Launched the latest wave of television advertising with a new Toolkit-focused advertising campaign. The three 15 second spots and one 30 second spot began airing nationally as part of the fall wave of advertising, targeting small businesses as they begin to ramp up their marketing efforts in advance of their busy holiday season. All four television commercials can be viewed by visiting: http://conta.cc/tv.
- Announced the expansion of the Constant Contact local education program in terms of both territory and staffing, as part of the company's continued commitment to educating small businesses. The growth and

expansion of the Constant Contact local education program is in response to continued demand for marketing education in local communities.

- Hosted OneCon, the second annual gathering of Constant Contact solution providers and authorized local experts. More than 200 attendees participated in this two-day educational event focused on helping partners grow their business with Constant Contact's products and services. For more information please visit: http://www.onecon.com/2014, http://conta.cc/OneConRecap or #OneCon2014.
- Added Steve Shipley as a vice president of customer support. Steve joins Constant Contact with a wealth of customer support experience, leading customer support organizations at Monster Worldwide, The Home Shopping Network and Expedia. Steve will be leading teams responsible for ensuring that Constant Contact's more than 625,000 customers have exceptional experiences with the company's free, unlimited phone and online support and are empowered to be successful with Constant Contact's products and services.
- Under the company's previously announced $30 million stock repurchase program, the company repurchased 246,700 shares of common stock in the third quarter for approximately $7.4 million at an average purchase price of approximately $29.84 per share.

"Third quarter results continued our two-year track record of delivering consistently good results. Accelerating revenue growth and expanding margins have been the hallmark of this year, and in the quarter, revenue growth, margins and free cash flow all showed meaningful gains," said Harpreet Grewal, chief financial officer of Constant Contact. "Our preliminary expectations for 2015 show an acceleration of revenue growth for the second consecutive year while meaningfully expanding margins."

21.     On October 29, 2014, Constant Contact filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal third quarter.  The Company's Form 10-Q was signed by Defendants Goodman and Grewal, and reaffirmed the Company's statements previously announced on October 23, 2014.

22.     On January 29, 2015, Constant Contact issued a press release entitled, "Constant Contact Announces Fourth Quarter and Full Year 2014 Financial Results."   Therein, the Company, in relevant part, stated:

*Q4 revenue of $88.1 million and adjusted EBITDA margin of 20.7%*
*FY 2014 revenue of $331.7 million up more than 16%; adjusted EBITDA of $60.6 million up more than 31%*

CLASS ACTION COMPLAINT

Constant Contact®, Inc. (Nasdaq: CTCT), which helps more than 600,000 small organizations find and grow customer relationships through a suite of online marketing tools, today announced its financial results for the fourth quarter and fiscal year ended December 31, 2014.

"2014 was a year of great achievement for Constant Contact, marked by a meaningful acceleration in revenue growth and profitability," said Gail Goodman, chief executive officer of Constant Contact. "Our business continues to show strength and we are making great strides in our evolution into an integrated marketing suite (the Constant Contact Toolkit™). We made considerable progress on several multi-year growth initiatives this past year, putting us on the path to achieve sustained revenue growth greater than 20% and expanding profitability margins greater than 20%.

"We are revolutionizing the success formula for small businesses by developing great, easy-to-use online marketing tools and combining them with our marketing expertise, know how and coaching with a personal touch," continued Goodman. "We will continue to leverage our strong brand and market leadership to deliver success to our customers, giving us the means to capitalize on the large and growing small business market opportunity."

**Fourth Quarter 2014 Financial Metrics**

- Revenue was $88.1 million, an increase of 17.6% compared to revenue of $74.9 million for the comparable period in 2013.
- Gross margin was 72.7%, compared to 72.4% for the comparable period in 2013.
- Adjusted EBITDA was $18.2 million, compared to adjusted EBITDA of $14.8 million for the comparable period in 2013. Adjusted EBITDA margin was 20.7%, compared to 19.8% for the comparable period in 2013.
- GAAP net income was $6.2 million, or $0.19 per diluted share, compared to GAAP net income of $4.5 million, or $0.14 per diluted share, for the fourth quarter of 2013.
- Non-GAAP net income was $11.5 million, or $0.35 per diluted share, compared to non-GAAP net income of $9.5 million, or $0.30 per diluted share, for the fourth quarter of 2013.
- Cash flow from operations was $16.1 million, compared to $13.0 million for the fourth quarter of 2013.
- Capital expenditures were $3.3 million, compared to $4.8 million for the fourth quarter of 2013.
- Free cash flow was $12.8 million, compared to $8.2 million for the fourth quarter of 2013.
- The company had $162.6 million in cash, cash equivalents and marketable securities at December 31, 2014, compared to $154.5 million at September 30, 2014.

**Full Year 2014 Financial Metrics**

- Revenue was $331.7 million, an increase of 16.2% compared to $285.4 million for 2013.
- Gross margin was 72.5%, compared to 71.4% for 2013.
- Adjusted EBITDA was $60.6 million compared to adjusted EBITDA of $46.0 million for 2013. Adjusted EBITDA margin was 18.3% compared to 16.1% for 2013.
- GAAP net income was $14.3 million, compared to $7.2 million for 2013. GAAP net income per diluted share was $0.44, based on diluted weighted average shares outstanding of 32.8 million, compared to GAAP net income per diluted share of $0.23 for 2013, based on diluted weighted average shares outstanding of 31.4 million.
- Non-GAAP net income was $35.5 million, compared to $23.6 million for 2013. Non-GAAP net income per diluted share was $1.08, based on diluted weighted average shares outstanding of 32.8 million, compared to non-GAAP net income per diluted share of $0.75 for 2013, based on diluted weighted average shares outstanding of 31.4 million.
- Cash flow from operations was $57.4 million for the full year of 2014 compared to $43.1 million in 2013.
- Capital expenditures were $24.3 million for the full year of 2014, compared to $18.9 million in 2013.
- Free cash flow was $33.1 million for the full year of 2014, compared to $24.2 million in 2013.

**Operating Metrics**

- Added 55,000 gross new unique customers in the fourth quarter compared to 50,000 in the fourth quarter of 2013 and 50,000 in the third quarter of 2014. (*)
- Added 205,000 gross unique customers in the full year 2014, up from 195,000 for the full year 2013.
- Ended the fourth quarter with 635,000 unique customers, an increase from 595,000 unique customers at the end of the fourth quarter of 2013 and 625,000 unique customers at the end of the third quarter of 2014. (*)
- Average monthly revenue per unique customer (ARPU) in the fourth quarter was $46.59, up from $42.33 in the comparable period in 2013, and $44.89 in the third quarter of 2014, which represented the highest year-over-year growth in ARPU in the company's history.
- Monthly retention rate of unique paying customers remained in its historical range of 97.8%, plus or minus 0.5%, for each month during the fourth quarter.

(*) Unique customers are rounded to the nearest 5,000. We define unique customers as customers of all of our products and services, inclusive of both

subscription and transaction-based products. Transactional customers are included in the customer count for the period if they transacted within the prior 12-month period. A customer of multiple products and services is counted as one unique customer.

**Other Recent Highlights**

- Released a donations offering for Canadian customers as part of the Constant Contact Toolkit. The new campaign type will help Canadian nonprofit organizations promote their cause, collect credit card donations, and attract new donors online. Along with enhanced CASL (Canadian Anti-Spam Law) functionality and new holiday campaigns, the new donations campaign type further enhances product features designed to help Canadian small businesses and nonprofits achieve marketing success.
- The partner channel continued to represent an increasing part of the overall business with new customer accounts up 23 percent year-over-year, driven by the success of both solution providers and strategic partners.
- Under the company's previously announced $30 million share repurchase program, in the fourth quarter of 2014 the company repurchased approximately 307,000 shares of common stock at an average price of approximately $29.32 per share for a total cost of approximately $9.0 million. To date, the company has repurchased approximately 554,000 shares of common stock at an average price of $29.55 for a total cost of approximately $16.4 million.

"We are pleased to announce another quarter consistent with or better than expectations," said Harpreet Grewal, chief financial officer of Constant Contact. "2014 was marked by year-over-year improvements in gross new customer additions and a record increase in average revenue per user. Combined, they contributed to a meaningful acceleration in revenue growth for the full year and enabled us to deliver substantially higher profit margins and significantly higher free cash flow.

"Looking ahead to 2015, we look to deliver another year of accelerating revenue growth on our path to sustained revenue growth greater than 20% and expanding profitability margins greater than 20%. The increasing scale and leverage of our business, along with our disciplined approach to balancing growth and profitability, provides the opportunity for continued margin expansion and cash flow."

23.    On February 25, 2015, Constant Contact filed its Annual Report with the SEC on

Form 10-K for the 2014 fiscal year.  The Company's Form 10-K was signed by Defendants

Goodman and Grewal, and reaffirmed the Company's statements previously announced on January 29, 2015.

24.     On April 30, 2015, Constant Contact issued a press release entitled, "Constant Contact Announces First Quarter 2015 Financial Results." Therein, the Company, in relevant part, stated:

*Revenue of $90.4 million increased 15% year-over-year; adjusted EBITDA of $14.7 million increased 34% year-over-year*

Constant Contact®, Inc. (Nasdaq: CTCT), which helps more than 600,000 small organizations create and grow relationships with their customers through a suite of online marketing tools, today announced its financial results for the first quarter ended March 31, 2015.

"We were disappointed with the mixed results for the quarter, as revenue came in below expectations while profitability was better than expected," said Gail Goodman, chief executive officer of Constant Contact. "In the quarter we didn't deliver an acceleration in customer additions as expected, which resulted in missing our revenue goal. Given the current trends, we are adjusting down our revenue plans for the remainder of the fiscal year."

"We are confident in our strategy for an integrated marketing suite for small businesses and organizations," continued Goodman. "However, it is clear that we need to execute better. We have a framework to deliver sustainable revenue growth of greater than 20 percent, coupled with profit margins greater than 20 percent, and while disappointed by the near term setback, we are confident in our ability to deliver on this goal over time."

**First Quarter 2015 Financial Metrics**

- Revenue was $90.4 million, an increase of 14.6% compared to revenue of $78.9 million for the comparable period in 2014.
- Gross margin was 73.0%, compared to 72.5% for the comparable period in 2014.
- Adjusted EBITDA was $14.7 million, compared to adjusted EBITDA of $11.0 million for the comparable period in 2014. Adjusted EBITDA margin was 16.2%, compared to 13.9% for the comparable period in 2014.
- GAAP net income was $3.6 million, or $0.11 per diluted share, compared to GAAP net income of $850 thousand, or $0.03 per diluted share, for the comparable period in 2014.
- Non-GAAP net income was $7.4 million, compared to non-GAAP net income of $5.0 million for the comparable period in 2014. Non-GAAP net

income per diluted share was $0.22 per share, compared to $0.16 per share for the comparable period in 2014.

- Cash flow from operations was $20.2 million, compared to $11.1 million for the comparable period in 2014.
- Capital expenditures were $5.3 million, compared to $5.9 million for the comparable period in 2014.
- Free cash flow was $15.0 million, compared to $5.2 million for the comparable period in 2014.
- The company had $179.1 million in cash, cash equivalents and marketable securities at March 31, 2015, compared to $162.6 million at December 31, 2014.

**Operating Metrics**

- Added 55,000 gross new unique customers in the first quarter compared to 55,000 in the fourth quarter of 2014 and 50,000 in the first quarter of 2014. (*)
- Ended the first quarter with 645,000 unique customers, an increase from 635,000 unique customers at the end of the fourth quarter of 2014 and 605,000 unique customers at the end of the first quarter of 2014. (*)
- Average monthly revenue per unique customer (ARPU) in the first quarter was $47.09, up from $43.82 in the comparable period in 2014, and $46.59 in the fourth quarter of 2014.
- Monthly retention rate of unique paying customers remained in its historical range of 97.8%, plus or minus 0.5%, for each month during the first quarter.

  (*) Unique customers are rounded to the nearest 5,000. We define unique customers as customers of all of our products and services, inclusive of both subscription and transaction-based products. Transactional customers are included in the customer count for the period if they transacted within the prior 12-month period. A customer of multiple products and services is counted as one unique customer.

**Other Recent Highlights**

- Announced a strategic partnership with Endurance International Group to provide Constant Contact's email marketing tools to Endurance subscribers. Through the partnership, Endurance subscribers can seamlessly access and purchase Constant Contact offerings, providing them with a full suite of marketing tools such as email marketing, list building, contact management and social media tools, from within the Endurance web-hosting platform.
- Constant Contact was selected as the preferred email marketing vendor by the International Franchise Association (IFA), the oldest and largest worldwide franchising organization. Expanding the scope of an existing

> partnership, Constant Contact will offer email and other online marketing solutions along with marketing campaign education programs to the IFA and its members, including franchisees, franchisors and suppliers.
> - Added Monica Sullivan as vice president of acquisition marketing. Monica leads a team that has direct responsibility for creating the demand for Constant Contact's solutions, ensuring a consistent web presence that engages small businesses and non-profits and drives Constant Contact's brand look and feel. Monica previously held marketing leadership positions at d50 Media, Digitas and Caesars Entertainment.
> - Added Piyum Samaraweera as vice president of product management. Piyum leads a team focused on identifying customer needs, developing new features and products and enhancing existing product functionality. Piyum previously held product leadership positions at Sophos, Carbonite and Intuit.
> - Added Scott Goldberg as vice president of sales at SinglePlatform, to develop and scale the overall sales organization, as well as provide leadership for the inside sales, transactional sales and enterprise sales teams. Scott comes to SinglePlatform with over 15 years of national sales leadership experience, having spent time at Sage and ADP.

> "The underlying trends coming out of 2014 suggested a path to accelerating revenue growth for the year. However, during the first quarter we experienced unexpected headwinds," said Harpreet Grewal, chief financial officer of Constant Contact. "While we are adjusting down our revenue guidance for 2015, we are raising guidance for full year profit margins as well as our full year free cash flow expectations. We are committed to getting back on the track of consistent, reliable execution, and remain committed to driving accelerating revenue growth over time, while continuing to expand margins and generate higher cash flow."

25.     The statements contained in ¶¶20-24 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company's gross customer additions were lower than expected; (2) that the Company was experiencing negative trends in customer conversion rates;  (3) that the Company was steering new customers towards the lowest-priced packages; (4) that, as a result, the Company's revenues for 2015 would be below expectations; and (5) that, as a result of the foregoing, Defendants' statements about Constant Contact's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

26.     On this news, shares of Constant Contact declined $7.34 per share, over 21%, to close on May 1, 2015, at $27.51 per share, on unusually heavy volume.

27.     On May 6, 2015, Constant Contact filed its Quarterly Report with the SEC on Form 10-Q for the 2015 fiscal second quarter.  The Company's Form 10-Q was signed by Defendants Goodman and Grewal, and reaffirmed the Company's statements previously announced on April 30, 2015.

28.     The statements contained in ¶27 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company's gross customer additions were lower than expected; (2) that the Company was experiencing negative trends in customer conversion rates;  (3) that the Company was steering new customers towards the lowest-priced packages; (4) that, as a result, the Company's revenues for 2015 would be below expectations; and (5) that, as a result of the foregoing, Defendants' statements about Constant Contact's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

## Disclosures at the End of the Class Period

29.     On July 23, 2015, after the market closed, Constant Contact issued a press release entitled, "Constant Contact Announces Second Quarter 2015 Financial Results."  Therein, the Company, in relevant part, stated:

**Quarterly revenue of $91.5 million increased 13% year-over-year**
**Adjusted EBITDA of $16.8 million increased 26% year-over-year**

Constant Contact®, Inc. (Nasdaq: CTCT), which helps more than 650,000 small organizations find new customers and grow relationships with their existing customers through its online marketing suite, today announced its financial results for the second quarter ended June 30, 2015.

"We delivered revenue in line with expectations and profitability that meaningfully exceeded our guidance for the quarter," said Gail Goodman, chief

executive officer of Constant Contact. "We made good progress on multiple fronts in the second quarter, and are excited about the opportunities ahead. We remain confident in our strategy and ability to deliver continued revenue growth, while improving margins and expanding profitability."

**Second Quarter 2015 Financial Metrics**

- Revenue was $91.5 million, an increase of 12.6% compared to revenue of $81.3 million for the comparable period in 2014.
- Gross margin was 73.3%, compared to 72.8% for the comparable period in 2014.
- Adjusted EBITDA was $16.8 million, compared to adjusted EBITDA of $13.3 million for the comparable period in 2014. Adjusted EBITDA margin was 18.4%, compared to 16.4% for the comparable period in 2014.
- GAAP net income was $3.8 million, or $0.11 per diluted share, compared to GAAP net income of $2.0 million, or $0.06 per diluted share, for the comparable period in 2014.
- Non-GAAP net income was $9.6 million, compared to non-GAAP net income of $7.3 million for the comparable period in 2014. Non-GAAP net income per diluted share was $0.29, compared to $0.22 for the comparable period in 2014.
- Cash flow from operations was $12.6 million, compared to $11.9 million for the comparable period in 2014.
- Capital expenditures were $10.5 million, compared to $8.1 million for the comparable period in 2014.
- Free cash flow was $2.1 million, compared to $3.7 million for the comparable period in 2014.
- The company had $180.7 million in cash, cash equivalents and marketable securities at June 30, 2015, compared to $179.1 million at March 31, 2015.

**Second Quarter 2015 Operating Metrics**

- Added 50,000 gross new unique customers in the second quarter, compared to 55,000 in the first quarter of 2015 and 50,000 in the second quarter of 2014. (*)
- Ended the second quarter with 650,000 unique customers, an increase from 645,000 unique customers at the end of the first quarter of 2015 and 615,000 unique customers at the end of the second quarter of 2014. (*)
- Average monthly revenue per unique customer (ARPU) in the second quarter was $47.12, up from $47.09 in the first quarter of 2015 and up from $44.40 in the second quarter of 2014.
- Monthly retention rate of unique paying customers remained in its historical range of 97.8%, plus or minus 0.5%, for each month during the second quarter.

(*) Unique customers are rounded to the nearest 5,000. We define unique customers as customers of all of our products and services, inclusive of both subscription and transaction-based products. Transactional customers are included in the customer count for the period if they transacted within the prior 12-month period. A customer of multiple products and services is counted as one unique customer.

**Other Recent Highlights**

- Announced two new appointments to the company's board of directors:
  - Julie M.B. Bradley is senior vice president and chief financial officer of the world's largest travel site, TripAdvisor (TRIP). In that role, Bradley has guided the company through a spin-off and played a critical role in developing and executing its global growth strategy.
  - Lisa Weinstein is president of global digital, data, and analytics at Starcom MediaVest Group (SMG) where she has been instrumental in pioneering new ways to leverage online, mobile, social, and search, as well as the data those media generate. She serves as the digital guide for some of the biggest marketers in the world, including Coca-Cola, P&G, and Kraft.
- Announced a $50 million share repurchase program. Under the previously announced share repurchase program, Constant Contact is authorized to repurchase up to $50 million of the company's common stock pursuant to a 10b5-1 trading plan through July 2016. The company expects to fund the share repurchase program from its cash and cash equivalents. The full announcement is available via http://investor.constantcontact.com.

"Trends in both revenue and operating metrics were generally in-line with our expectations, and we were quite pleased by our ability to drive meaningful year-over-year margin expansion and growth in profitability," said Harpreet Grewal, chief financial officer of Constant Contact. "Our focus remains on delivering revenue growth consistent with our guidance range, delivering strong profitability and free cash flow while showing strengthening trends as we enter 2016."

30.     On this news, shares of Constant Contact declined $3.35 per share, over 11%, to

close on July 24, 2015, at $26.18 per share, on unusually heavy volume.

## CLASS ACTION ALLEGATIONS

30.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil

Procedure 23(a) and (b)(3) on behalf of a class, consisting of all those who purchased Constant

Contact's securities between October 23, 2014 and July 23, 2015, inclusive (the "Class Period")

and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

31.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Constant Contact's securities were actively traded on the Nasdaq Stock Market (the "NASDAQ").  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Millions of Constant Contact shares were traded publicly during the Class Period on the NASDAQ.  As of May 1, 2015, Constant Contact had 32,158,044 shares of common stock outstanding.  Record owners and other members of the Class may be identified from records maintained by Constant Contact or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

32.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

33.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

34.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)     whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Constant Contact; and

(c)     to what extent the members of the Class have sustained damages and the proper measure of damages.

35.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

36.     The market for Constant Contact's securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Constant Contact's securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Constant Contact's securities relying upon the integrity of the market price of the Company's securities and market information relating to Constant Contact, and have been damaged thereby.

37.     During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Constant Contact's securities, by publicly issuing false and/or

misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about Constant Contact's business, operations, and prospects as alleged herein.

38.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Constant Contact's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

39.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

40.     During the Class Period, Plaintiff and the Class purchased Constant Contact's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the

information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

41.     As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Constant Contact, his/her control over, and/or receipt and/or modification of Constant Contact's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Constant Contact, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

42.     The market for Constant Contact's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Constant Contact's securities traded at artificially inflated prices during the Class Period.  On March 5, 2015, the Company's stock closed at a Class Period high of $42.93 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Constant Contact's securities and market information relating to Constant Contact, and have been damaged thereby.

43.     During the Class Period, the artificial inflation of Constant Contact's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Constant Contact's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Constant Contact and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.   Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

44.     At all relevant times, the market for Constant Contact's securities was an efficient market for the following reasons, among others:

(a)     Constant Contact stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)     As a regulated issuer, Constant Contact filed periodic public reports with the SEC and/or the NASDAQ;

(c)     Constant Contact regularly communicated with public investors *via* established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Constant Contact was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

45.     As a result of the foregoing, the market for Constant Contact's securities promptly digested current information regarding Constant Contact from all publicly available sources and reflected such information in Constant Contact's stock price. Under these circumstances, all purchasers of Constant Contact's securities during the Class Period suffered similar injury through their purchase of Constant Contact's securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

46.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or

misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Constant Contact who knew that the statement was false when made.

**FIRST CLAIM**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**Promulgated Thereunder Against All Defendants**

47.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

48.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Constant Contact's securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

49.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Constant Contact's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

50.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a

continuous course of conduct to conceal adverse material information about Constant Contact's financial well-being and prospects, as specified herein.

51.     These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Constant Contact's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Constant Contact and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

52.     Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants

was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

53.    The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Constant Contact's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

54.    As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Constant Contact's securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Constant Contact's securities during the Class Period at artificially high prices and were damaged thereby.

55.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Constant Contact was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Constant Contact securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

56.     By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

57.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

58.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

59.     The Individual Defendants acted as controlling persons of Constant Contact within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  The

Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

60.     In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

61.     As set forth above, Constant Contact and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.  By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

      (d)      Such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

DATED:      August 7, 2015      By their attorneys,

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan, BBO #557109
**HUTCHINGS, BARSAMIAN,**
**MANDLECORN & ROBINSON, LLP**
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel.: (781) 431-2231
Fax:  (781) 431-8726
Email:  thess-mahan@hutchingsbarsamian.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiffs*