UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM McGEE and LEE McGEE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONSTANT CONTACT, INC., et al.,<br><br>　　　　　　　　　Defendants. | ) No. 1:15-cv-13114-MLW<br>)<br>) <u>CLASS ACTION</u><br>)<br>) LEAD PLAINTIFF'S UNOPPOSED<br>) MOTION FOR PRELIMINARY APPROVAL<br>) OF SETTLEMENT, CERTIFICATION OF A<br>) CLASS, AND APPROVAL OF NOTICE TO<br>) THE CLASS<br>)<br>)<br>) |

PLEASE TAKE NOTICE that upon the Stipulation of Settlement dated May 18, 2018, submitted herewith; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff North Collier Fire Control and Rescue District Firefighter Pension Plan respectfully submits this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Class and appointing Lead Plaintiff as class representative and Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iv) scheduling a hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and litigation expenses. Attached hereto as Exhibit 1 is a [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

1434780_1

Defendants do not oppose the relief requested in this Motion.

DATED:  May 18, 2018

Respectfully submitted,

LAW OFFICE OF ALAN L. KOVACS

*s/ Alan L. Kovacs*
ALAN L. KOVACS (BBO #278240)
257 Dedham St.
Newton, MA  02461
Telephone:  617/964-1177
617/332-1223 (fax)
alankovacs@yahoo.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiff

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)
sugarman@sugarmansusskind.com

Additional Counsel for Plaintiff

- 3 -

1434780_1

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify pursuant to Local Rule 7.1(a)(2) that I have been advised by Lead Counsel that they have conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel do not oppose the relief sought in this motion.

*/s/ Alan L. Kovacs*
ALAN L. KOVACS, BBO #278240

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

*/s/ Alan L. Kovacs*
ALAN L. KOVACS, BBO #278240
