UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM McGEE and LEE McGEE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:15-cv-13114-MLW<br><br>CLASS ACTION |
| Plaintiffs, | ) ) | LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF |
| vs. | ) ) ) | CLASS ACTION SETTLEMENT, APPROVAL OF THE PLAN OF ALLOCATION, AND CERTIFICATION OF |
| CONSTANT CONTACT, INC., et al., | ) ) | THE CLASS FOR SETTLEMENT PURPOSES |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that on May 27, 2020, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Plaintiff North Collier Fire Control and Rescue District Firefighter Pension Plan, on behalf of the proposed Class, will respectfully move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of orders: (a) granting final approval of the proposed Settlement; and (b) approving the proposed Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Lead Plaintiff submits and is filing herewith: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Approval of the Plan of Allocation, and Certification of the Class for Settlement Purposes; the Declaration of Stephen R. Ashley in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, Charges and Costs; and the Declaration of Ross D. Murray.

Proposed orders will be submitted with Lead Plaintiff's reply submission on May 13, 2020.

DATED:  March 30, 2020            Respectfully submitted,

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  DARREN J. ROBBINS (*pro hac vice*)
                                  ELLEN GUSIKOFF STEWART (*pro hac vice*)


                                         s/ Ellen Gusikoff Stewart
                                  ─────────────────────────────────
                                  ELLEN GUSIKOFF STEWART

                                  655 West Broadway, Suite 1900
                                  San Diego, CA 92101
                                  Telephone: 619/231-1058
                                  619/231-7423 (fax)
                                  darrenr@rgrdlaw.com
                                  elleng@rgrdlaw.com

- 1 -

4846-8298-0024.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com

Lead Counsel for Plaintiff

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)
sugarman@sugarmansusskind.com

Additional Counsel for Plaintiff

LAW OFFICE OF ALAN L. KOVACS
ALAN L. KOVACS (BBO #278240)
257 Dedham Street
Newton, MA  02461
Telephone:  617/964-1177
617/332-1223 (fax)
alankovacs@yahoo.com

Liaison Counsel

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART