UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM McGEE and LEE McGEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>CONSTANT CONTACT, INC., et al.,<br><br>                      Defendants. | No. 1:15-cv-13114-MLW<br><br>CLASS ACTION<br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES, CHARGES AND COSTS |

PLEASE TAKE NOTICE that on May 27, 2020, at 2:00 p.m. at the United States District Court for the District of Massachusetts, at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, Lead Counsel, Robbins Geller Rudman & Dowd LLP ("Lead Counsel"), will respectfully move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, for entry of an order: (a) awarding attorneys' fees; and (b) awarding litigation expenses, charges and costs incurred by Lead Plaintiff's Counsel.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Lead Counsel submits and is filing herewith: the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, Charges and Costs; the Declaration of Stephen R. Astley in Support of: (A) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation, and (B) Lead Counsel's Motion for Attorneys' Fees and Payment of Litigation Expenses, Charges and Costs; the Declaration of Ross D. Murray; and the Declarations of Lead Plaintiff's Counsel.

A proposed order will be submitted with Lead Counsel's reply submission on May 13, 2020.

DATED: March 30, 2020            Respectfully submitted,

                                 ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 DARREN J. ROBBINS (*pro hac vice*)
                                 ELLEN GUSIKOFF STEWART (*pro hac vice*)


                                 _____s/ Ellen Gusikoff Stewart_____
                                      ELLEN GUSIKOFF STEWART

                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101
                                 Telephone: 619/231-1058
                                 619/231-7423 (fax)
                                 darrenr@rgrdlaw.com
                                 elleng@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*pro hac vice*)
STEPHEN R. ASTLEY (*pro hac vice*)
ELIZABETH A. SHONSON (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com

Lead Counsel for Plaintiff

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)
sugarman@sugarmansusskind.com

Additional Counsel for Plaintiff

LAW OFFICE OF ALAN L. KOVACS
ALAN L. KOVACS (BBO #278240)
257 Dedham Street
Newton, MA  02461
Telephone:  617/964-1177
617/332-1223 (fax)
alankovacs@yahoo.com

Liaison Counsel

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Court's Manual Notice List.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART